theosspot@yahoo.com
No Fax

FILED

**Theodis Fowler**
GENERAL POST OFFICE BOX 975
San Bernardino, California [92402-9998]
(909)205-3856

2019 JUL 25 AM 11: 32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

United States District Court
Central District of California

ED CR19-00278 TJH

People of The State of California
                    Plaintiff,

vs.

THEODIS FOWLER
                    Defendant

) Criminal Cross Complaint
) Removal under 28 UNITED STATES
) CODE 1446 Section 576
) Motion to Dismissal
) Fraudulent Concealment
) Vacate Sentence
)
) Case No. MSB1900 4611

## Criminal Cross Complaint/Motion to Dismiss/Vacate Sentence Under Federal Rule 12B(6)/Fraudulent Concealment

COMES NOWS, When misrepresentation of material fact actionable as deceit; effect of mere concealment; knowledge of falsehood essential to deceit; when knowledge implied.
(a) Willful misrepresentation of a material fact, made to induce another to act, upon which such person acts to his injury, will give him a right of action, mere concealment of a material fact, unless does such a manner as to deceive and mislead, will not support an action.
(b) In all cases of deceit; knowledge of the falsehood constitutes an essential element of the tort. A fraudulent or reckless representation of the facts as true where they are not, if intended to deceive, is equivalent to acknowledgement of their falsehood even if the party making the representation does not know that such facts are false.
following attachments 1) Assumed Name 2) Affidavit of Sovereignty 3) Certificate of Trust 4)98# IRS Detonated Letter

REMOVAL

1

**Fraudulent Concealment**

Under contract law, a plaintiff can recover from a defendant on the grounds of fraudulent concealment where the defendant (1) concealed or suppressed a material fact; (2) had knowledge of this material fact; (3) that this material fact was not within reasonably diligent attention, observation, and judgment of the plaintiff; (4) that the defendant suppressed or concealed this fact with the intention that the plaintiff be misled as to the true condition of the property; (5) that the plaintiff was reasonably so misled; and (6) that the plaintiff suffered damage as a result.

**Under Federal Rule 12b(6) Criminal Cross Complaint** Defendant have 21 days to file proof of claim of there assumed name with EIN/TIN Number with IRS Determination Letter

**PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim-a-facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office.**

Parties:

**Theodis Fowler - Executor**
**c/o General Post Office Box 975**
**SAN BERNARDINO, CALIFORNIA [92402-9998]**


**Lien Debtor(s):**
Attn: Raymond L Haight DBA/Judicial Officer
247 W 3rd ST Dept. S7
San Bernardino CA.  **RF 324 545 399 US**

**ATT** Anna Velasquez dba/Judge Assistant
247 West 3rd Street
San Bernardino, CA 92415   **RF 324 545 408 US**

```
Attn: Laura Robles DBA/ District Attorney
303 W.3rd ST 6th Floor
San Bernardino CA.92415 RF 324 545 411 US

Attn: Nancy Ederherdt DBA/Clerk of Court
247 W, 3rd ST 11th Floor
San Bernardino CA. 92415 RF 324 545 385 US
```

## Articles Violated

**Provisions and Articles violated:**

Part 3, Article 8 No one shall be held in Slavery

Part 3, Article 9 Right to liberty and Security of person and fair process established in law

Part 3, Article 9 Right to Compensation for unlawful arrest and detention

Part 3, Article 11 Imprisoned on basis of inability to fulfill a contractual obligation

## Documentation References:

A. **Article 6 of the Constitution of the United States of America**
B. **Assumed Name**
C. **Affidavit of Sovereignty**
D. **Certificate of Trust**
E. **98# IRS Documentation Letter**
F. **TIN Documentation Letter**

## CRIMINAL CHARGES:

activity **(Form 3949A) to the Financial Crimes Enforcement Network of the Department Treasury the Treasury (FinCin).**

"Compliance thru the Federal"

Date: 07/25/2019

07/25/2019

Respectfully Submitted

```
Name Fowler, Theodis
```

REMOVAL

3



SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN BERNARDINO
San Bernardino District
247 West 3rd St
San Bernardino, CA 92415
www.sb-court.org

# MINUTE ORDER

**Case Number:** MSB19004611                                        **Date:** 5/29/2019

**Case Title:** People of the State of California vs. THEODIS FOWLER

| Department S7 - SBJC | Date: 5/29/2019 | Time: 8:30 AM | Pretrial |
|---|---|---|---|

**Charges:** VC14601.1(A)-M

Judicial Officer: Raymond L. Haight III
Judicial Assistant: Anna Velasquez
Court Reporter: Chelsea Giuliany
Bailiff: K. Sutton
2:39 PM

### Appearances
District Attorney Laura Robles
Public Defender Sam Knudsen
Defendant present not in custody

### Proceedings
Action comes on for Pretrial
Defendant request Pro Per status
Defendant is advised of the perils of self representation. After inquiry, the Court finds defendant knowingly and intelligently waives his right to counsel (Faretta Waiver). Waiver and Order signed and filed

### Attorney Information
Public Defender relieved as counsel for THEODIS FOWLER. Reason: Relieved

Defendant proceeds as Pro Per

### Hearings
Trial Readiness set for 7/26/2019 at 8:30 AM in Department S7 - SBJC
Defendant ordered to appear.

Jury Trial to commence 7/29/19

### Waivers
Time waived to: 9/12/2019 (45 days beyond 7/29/19)